# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129495

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MICHAEL RIMSON, a/ka/a MICHAEL
RINSOM, a/k/a MICHEAL RIMSON, a/k/a
ROBERT PERDUE,
     Defendant-Appellant.

SC: 129495
COA: 260296
Wayne CC: 98-008139

_____/

     On order of the Court, the application for leave to appeal the August 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219